on orders obtained by him and accepted by defendants where the goods were not shipped until after termination of his employment.

*Jerome Eisner* for appellant.

*Milton S. Guiterman* and *Henry A. Spiegelman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and KELLOGG, JJ. Dissenting: O'BRIEN, JJ.

---

ISADOR ROSEN, Respondent, *v.* SAMUEL GRAY, Appellant.

*Negligence — motor vehicles — operation by defendant of automobile so as to force plaintiff's car off road.*

*Rosen* v. *Gray,* 221 App. Div. 829, affirmed.

(Argued February 17, 1928; decided March 27, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered October 5, 1927, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict, as reduced by stipulation, in an action to recover for personal injuries and for injury to property alleged to have been sustained through the negligence of defendant. The complaint alleged that while plaintiff was proceeding in his automobile along the State road between Old Falls and South Fallsburgh, in the county of Sullivan, by reason of the negligent operation by defendant of his automobile in turning without warning in front of plaintiff, he was forced off the road, over an embankment into a river. The answer was a general denial and alleged contributory negligence.

*John D. Lyons* and *Nellie Childs Smith* for appellant.

*Lewis N. Stanton* and *Ellsworth Baker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS LEHMAN, KELLOGG and O'BRIEN, JJ.